

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00459-CR

| | | |
|---|---|---|
| MAX DELASTES HALL, Appellant | § | On Appeal from County Criminal Court No. 8 |
| | § | of Tarrant County (1513680) |
| V. | § | August 26, 2019 |
| | § | Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect the assessment of $332.10 in court costs. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth